

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00022-CV

**IN THE MATTER OF PAR, A JUVENILE,**

From the County Court at Law, Medina County, Texas
Trial Court No. 1753
Honorable Vivian Torres, Judge Presiding

# O R D E R

Appellant's brief in this juvenile appeal was originally due on April 1, 2015. Because neither the brief nor a motion for extension of time had been filed, on April 17, 2015, this court ordered appellant's appointed counsel, Ms. Sara Ruth Spector, to file the brief no later than May 1, 2015. Our order cautioned Ms. Spector that if she did not file appellant's brief by May 1, 2015, this cause would be abated to the trial court for an abandonment hearing. Ms. Spector has not responded to our order.

Accordingly, we ABATE this case to the trial court and ORDER the trial court to conduct a hearing <u>no later than June 8, 2015</u> to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

(4) If counsel has not abandoned the appeal and if the trial court does not appoint new counsel, the trial court must obtain on the record a date certain by which appellant's brief will be filed.

(5) Should Ms. Spector be sanctioned for failure to file appellant's brief by May 1, 2015?

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order Ms. Spector to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than July 8, 2015, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

The Clerk of this court shall cause a copy of this order to be served on Ms. Spector by certified mail, return receipt requested, and by regular United States mail. The Clerk of this court shall also fax a copy of this order to the Honorable Vivian Torres, presiding judge of the Medina County, Texas, County Court at Law.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

Keith E. Hottle
Clerk of Court